IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALT STICKILY | : | CIVIL ACTION |
| | : | |
| v. | : | NO.   16-6252 |
| | : | |
| COUNTY OF LANCASTER, et al. | : | |

## ORDER

**AND NOW,** this 15th day of February, 2019, upon consideration of the defendants' motions for summary judgment and all responses and replies thereto, it is hereby **ORDERED** that the motions [Docs. 41 and 43] are **GRANTED** in part as follows:

Pursuant to the stipulation of Plaintiff's counsel (Doc. 48-1, p. 5, n.1) defendants Dennis Molyneaux , Paul Smeal  and John Does 1-100 and John Does A-Z are **DISMISSED** from this action.

Count One of the Complaint is **DISMISSED** with prejudice.

The motions are **GRANTED** as to Count Two of the Complaint.

Judgment is **ENTERED** in favor of the defendants PrimeCare Medical, Inc. and County of Lancaster. and against the Plaintiff on Count Two of the Complaint.

Counts Three and Four of the Complaint are **DISMISSED** for lack of subject matter jurisdiction and without prejudice to Plaintiff bringing these claims in the appropriate state court. Since this action was timely filed and has been pending before this Court, the statute of limitations is tolled for filing purposes in state court.

The Clerk is **DIRECTED** to mark this case closed.

BY THE COURT:


/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**