IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALT STICKILY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-6252 |
| | : | |
| COUNTY OF LANCASTER, et al. | : | |

## ORDER

**AND NOW,** this 28th day of February, 2020, upon consideration of the defendants' motions for summary judgment and all responses and replies thereto, it is hereby **ORDERED** that the motions [Docs. 41 and 43] are **GRANTED** as follows:

Pursuant to ECF 48-1, p. 5 n.1, Count One is **DISMISSED**.

All claims against the individual Defendants, Dennis Molyneaux, Paul Smeal, John Does 1-100 and A-Z in Counts Two through Four of the Complaint are also **DISMISSED**.

The motions are **GRANTED** as to Count Two of the Complaint.

Judgment is **ENTERED** in favor of the defendants PrimeCare Medical, Inc. and County of Lancaster and against the Plaintiff on Count Two of the Complaint.

Counts Three and Four of the Complaint are **DISMISSED** for lack of subject matter jurisdiction and without prejudice to Plaintiff bringing these claims in the appropriate state court. Since this action was timely filed and has been pending before this Court, the statute of limitations is tolled for filing purposes in state court.

The Clerk is **DIRECTED** to mark this case closed.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**